ERIC GRANT
United States Attorney
MATHEW W. PILE, WASBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4801
     E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANTELL OLIVARES, | ) CIVIL NO. 2:26-cv-00317-TLN-SCR |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO VOLUNTARY** |
| COMMISSIONER OF SOCIAL SECURITY, | ) **REMAND PURSUANT TO SENTENCE** |
| Defendant. | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| | ) **ENTRY OF JUDGMENT; ORDER** |
| | ) |
| | ) |
| | ) |
| | ) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

STIPULATION TO REMAND

Dated:  May 26, 2026

*/s/  Francesco Benavides**

FRANCESCO BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on May 26, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:    /s/ *David Priddy*

DAVID PRIDDY
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: May 27, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO REMAND